AO 442 (Rev. 11/11) Arrest Warrant

FID 9712181

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:58 am, Sep 05, 2024

United States of America
v.
Tyrell Lamonte Bailey (AKA: "Black" or "Little Black")

*Defendant*

Case: 1:24-mj-00282
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 9/5/2024
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Tyrell Lamonte Bailey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Possession of a Firearm by an Individual Convicted of a Crime Punishable by More Than One Year Imprisonment) ;
18 U.S.C. § 922(k) (Possession of a Firearm With an Obliterated Serial Number) ;
D.C. Code § 22-4503.04 (Unlawfully Discarding a Firearm and Ammunition) .

Date:  09/05/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/5/2024, and the person was arrested on *(date)* 9/5/2024
at *(city and state)* WASHINGTON, DC.

Date: 9/5/2024

*Arresting officer's signature*

DAVID E. EVANS
*Printed name and title*